IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    vs.<br><br>DUKAN WOUL,<br><br>                    Defendant. | 4:12CR3068<br><br>**ORDER** |

IT IS ORDERED:

1)    The government's motion for release from garnishment, (Filing No. 8), is granted.

2)    Airlite Plastics Co. is hereby released from any garnishment obligation arising from the above-captioned case.

3)    The clerk shall mail a copy of this order to Dukan Woul at 1710 N 33rd St., Omaha, NE 68111, and to Airlite Plastics Co., 6110 Abbott Dr., Omaha, NE 68110.

March 19, 2014.

                                                           BY THE COURT:

                                                           *s/ Cheryl R. Zwart*
                                                           United States Magistrate Judge